UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                          Case No.:  2:11-cr-85-FtM-29SPC

CHERYL HESSER

_____

## ORDER

This matter comes before the Court on Motion Of Defendant, Cheryl Hesser To Continue Trial And Notice Of Waiver Of Objection (Doc. #34) filed on March 27, 2012.  There is no good cause shown to continue the case.

Accordingly, it is now

ORDERED:

Motion Of Defendant, Cheryl Hesser To Continue Trial And Notice Of Waiver Of Objection (Doc. #34) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this 27th day of March, 2012.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record