UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

Case No. 2:11-cr-00085-JES-DNF

V.

CHERYL HESSER,
    Defendant

---

## MOTION OF DEFENDANT, CHERYL HESSER, TO TERMINATE HOME DETENTION PROGRAM

NOW COMES the Defendant, CHERYL HESSER, by and through the undersigned attorney, and moves this honorable court to enter an order terminating the defendant's home detention program. As grounds, the Defendant says the following:

1. The Defendant was sentenced on July 9, 2012 to 180 days of home detention.

2. The Defendant is the president of successful in home tutoring business, which provides support to her and her children.

3. The Defendant's business is currently suffering because of home detention. The defendant constantly has to request from her probation officer to travel for business purposes. Although the Probation Officer is flexible with the defendant, her time could be more efficiently used for her business.

4. Defense counsel has discussed this matter with the Defendant's probation officer, Soraida Muniz. Ms. Muniz has indicated to counsel that the defendant's performance since being placed on supervised release has been excellent.

5. Undersigned counsel has consulted with Assistant United States Attorney, Douglas Molloy regarding this motion. He has indicated that he has no objection to this motion being granted.

WHEREFORE, the Defendant moves this honorable court to enter an order terminating the defendant's home detention program.

Respectfully Submitted,

10/24/12
Date

Russell T. Kirshy
Attorney for the Defendant
Florida Bar No. 34924
3841 Tamiami Trail, Suite A
Port Charlotte, FL 33952
(941) 255-5525
E-mail: rkirshy@daystar.net

## Certificate of Service

I certify that on October 24, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:
Douglas Molloy
Douglas.Molloy@usdoj.gov

Russell T. Kirshy
Attorney for the Defendant